**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 07-6911

CHARLES C. MOORE, JR.,

                                        Plaintiff - Appellant,

            versus

TERRY SIMMONS; MATTHEW DELBRIDGE; PAUL HORTON;
JAMES B. BENNETT; JAMES KING, Mailroom
Supervisor; ROBERT SMITH, Superintendent;
LARRY DALE, Assistant Supervisor; MARVIN L.
POLK, Warden; JOHN H. CONNELL, Clerk;
MUNICIPALITY SNOW HILL COUNTY COURT
ADMINISTRATION DEPARTMENT,

                                        Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh. Malcolm J. Howard, Senior
District Judge. (5:06-ct-03143-H)

Submitted: August 30, 2007        Decided: September 11, 2007

Before MICHAEL, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Charles C. Moore, Jr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Charles C. Moore, Jr. appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2)(B) (2000). We have reviewed the record and find no error. Accordingly, we affirm for the reasons stated by the district court. See Moore v. Simmons, No. 5:06-CT-03143-H (E.D.N.C. May 18, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED